Scott D. Kaiser, SBN 332399
skaiser@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816.474-6550 | Fax: 816.421.5547

Ryan J. Williams, SBN: 228925
rjwilliams@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Tel: 949-475-1500 | Fax: 949-475-0016

Attorneys for Defendant
SHARKNINJA OPERATING LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDE GUEVARA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHARKNINJA OPERATING, LLC., a Massachusetts Limited Liability Company,<br><br>　　　　Defendant. | Case No.: 2:22-cv-00155-JAM-DB<br><br>District Judge: Hon. John A. Mendez<br>Ctrm.: 6<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure, rule 6(b) and Local Rule 144, Plaintiff Hayde Guevara ("Plaintiff") and Defendant SharkNinja Operating LLC ("Defendant"), by and through their undersigned counsel, stipulate with respect to Defendant's time to respond to the Plaintiff's Complaint as follows:

　　WHEREAS, on January 25, 2022, Plaintiff filed her Complaint against Defendant;

WHEREAS, on January 27, 2022, Plaintiff served her Complaint on Defendant;

WHEREAS, Defendant currently has until February 17, 2022 to answer or respond to Plaintiff's Complaint;

WHEREAS, Defendant has requested a fourteen (14) day extension of time to respond to Plaintiff's Complaint until March 3, 2022;

WHEREAS, this is the first extension of time sought by Defendant;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or respond to Plaintiff's Complaint by March 3, 2022.

Dated: February 15, 2022   HARLAN LAW, P.C.

By: /s/ Jordan Harlan
Jordon Harlan, Esq.
Attorneys for Plaintiff Hayde Guevara

Dated: February 15, 2022   SHOOK, HARDY & BACON L.L.P.

By: /s/ Ryan J. Williams
Scott D. Kaiser
Ryan J. Williams
Attorneys for SharkNinja Operating LLC

**IT IS SO ORDERED**

Dated: February 16, 2022   /s/ John A Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE