UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDE GUEVARA, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHARKNINJA OPERATING, LLC., a Massachusetts Limited Liability Company,<br><br>  Defendant. | Case No.: 2:22-cv-00155-JAM-DB<br><br>District Judge: Hon. John A. Mendez<br>Ctrm.: 6<br><br>**ORER TO AMEND SCHEDULING ORDER** |

Having considered the request to continue the expert disclosure deadlines in the Scheduling Order (ECF 11), and finding good cause to grant a continuance, the Court hereby modifies the Scheduling Order by adopting the Requested Dates (as may have been modified) in the table below:

//

//

//

| Event | Current Date | Requested Date |
|---|---|---|
| Expert Disclosure Deadline | February 3, 2023 | February 17, 2023 |
| Rebuttal Expert Disclosure Deadline | February 17, 2023 | March 3, 2023 |

Dated:  January 19, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE