UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDE GUEVARA, an individual, | Case No.: 2:22-cv-00155-JAM-DB |
| Plaintiff, | District Judge: Hon. John A. Mendez<br>Ctrm.: 6 |
| vs. | |
| SHARKNINJA OPERATING, LLC., a Massachusetts Limited Liability Company, | **ORDER ON STIPULATION TO DISMISS ENTIRE ACTION** |
| Defendant. | |

Having fully considered the Stipulation to Dismiss Entire Action of Plaintiff Hayde Guevara ("Plaintiff") and Defendant, SharkNinja Operating LLC ("Defendant), made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause having been shown:

IT IS HEREBY ORDERED, that the Stipulation to Dismiss the Entire Action is **GRANTED** and that:

1. That the entire action be **DISMISSED** with prejudice as to all claims, causes of action, and parties, and

2. Each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE